[No. 5575-9-II. Division Two. March 4, 1983.]

*In the Matter of* STEVEN W. PEREZ.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC–1417, Leonard Costello, J. Pro Tem., entered April 21, 1981. *Reversed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 9593-5-I. Division One. March 7, 1983.]

MARVEL D. GORDON, *Respondent,* v. CHRIS PALZER, ET AL, *Appellants,* LUCINDA PALZER SOHA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 793848, Robert M. Elston, J., entered October 31, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Ringold and Scholfield, JJ.

[No. 5666-6-II. Division Two. March 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST LAWRENCE TURCOTTE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81-1–00193–6, Thomas L. Lodge, J., entered June 18, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 5021-1-III. Division Three. March 8, 1983.]

BERNICE M. PIRELLO, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 244588, John J. Ripple, J., entered January 27, 1982. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.